

# NUMBERS 13-22-00562-CV & 13-22-00598-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE CIRRUS DESIGN CORPORATION D/B/A CIRRUS AIRCRAFT

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Silva
Order Per Curiam**

These causes are before the Court on its own motion. Relator Cirrus Design Corporation d/b/a Cirrus Aircraft has designated the respondent in these original proceedings as the Honorable Robert Vargas. *See* Tex. R. App. P. 52.2. However, Judge Vargas's term of office expired on December 31, 2022, and he was succeeded in office by the Honorable Todd Robinson.

Texas Rule of Appellate Procedure 7.2 provides that "[w]hen a public officer is a party in an official capacity to an appeal or original proceeding, and if that person ceases

to hold office before the appeal or original proceeding is finally disposed of, the public officer's successor is automatically substituted as a party if appropriate." TEX. R. APP. P. 7.2(a). But in an original proceeding, this Court "must abate the proceeding to allow the successor to reconsider the original party's decision." *Id.* R. 7.2(b); *see In re Blevins*, 480 S.W.3d 542, 543 (Tex. 2013) (orig. proceeding) (per curiam); *In re Schmitz*, 285 S.W.3d 451, 454 (Tex. 2009) (orig. proceeding); *see also State v. Olsen*, 360 S.W.2d 402, 403 (Tex. 1962) (orig. proceeding) (per curiam) ("A writ of mandamus will not lie against a successor judge in the absence of a refusal by him to grant the relief Relator seeks.").

In light of the foregoing, this Court concludes that abatement of these petitions for writ of mandamus is required. Accordingly, these original proceedings are hereby abated, and the causes are remanded to allow the successor judge the opportunity to reconsider the predecessor judge's ruling. *See* TEX. R. APP. P. 7.2(b)*.* The successor judge shall issue notice, cause a hearing to be held on these matters, determine what rulings should issue, and render its own orders accordingly. The successor judge shall cause its orders on reconsideration, along with any findings of fact and conclusions of law, to be included in a supplemental clerk's record. Further, a reporter's record of any hearing held shall be included in a supplemental reporter's record. The supplemental clerk's and reporter's records shall be filed with the Clerk of this Court within thirty days from the date of this order. These original proceedings will be reinstated upon filing of the supplemental records and on further order of this Court.

PER CURIAM

Delivered and filed on the
12th day of January, 2023.